STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN (State Bar No. 181570)
BRIAN C. FRONTINO (State Bar No. 222032)
ARJUN P. RAO (State Bar No. 265347)
2029 Century Park East, Suite 1600
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendant
  CHASE BANK USA, N.A., erroneously sued
  as JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BILETNIKOFF, an individual | Case No. 1:13-cv-00208-LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING ON MOTION OF DEFENDANT TO DISMISS COMPLAINT** |
| vs. | |
| JPMORGAN CHASE BANK, N.A., and DOES 1 through 50, inclusive, | **[EASTERN DISTRICT LOCAL RULE 230]** |
| Defendant. | *REVISED COURT ORDER* |
| | Action Removed:  February 8, 2013 |

---

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION OF DEFENDANT TO
DISMISS COMPLAINT

LA 51635488

WHEREAS, on March 1, 2013, defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, N.A. ("Chase"), filed a Motion to Dismiss Plaintiff's Complaint or, in the Alternative, to Strike Allegations in the Complaint ("Motion");

WHEREAS, the Motion currently is set for hearing on April 17, 2013;

WHEREAS, counsel for plaintiff Cynthia Biletnikoff ("Plaintiff") has requested a two (2) week continuance of the hearing date to accommodate counsel's calendar; and

WHEREAS, Plaintiff and Chase, through their respective counsel of record, have agreed to continue the hearing on the Motion to May 1, 2013 and the corresponding briefing schedule shall be by Local Rule 230.

IT IS HEREBY STIPULATED by and between Plaintiff and Chase, through their respective counsel of record, that the hearing on the Motion, as well as the briefing schedule, shall be continued to May 1, 2013 and the corresponding opposition and reply deadlines shall accordingly be extended pursuant to Local Rule 230 based on the continued Motion hearing date.

Dated: March 27, 2013

STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN
BRIAN C. FRONTINO
ARJUN P. RAO

By: */s/ Arjun P. Rao*
　　　Arjun P. Rao

Attorneys for Defendant
　CHASE BANK USA, N.A., erroneously sued as JPMORGAN CHASE BANK, N.A.

Dated: March 27, 2013

RONALD WILCOX, ATTORNEY AT LAW
And CROWLEY LAW GROUP

By: */s/ Ronald Wilcox*
　　*(as approved on March 26, 2013)*
　　　Ronald Wilcox

Attorneys for Plaintiff
　CYNTHIA BILETNIKOFF

## ORDER

This Court's practice is to consider motions without a hearing. As such and based on the parties' stipulation, this Court:

1. VACATES the April 17, 2013 hearing on defendant's motion to dismiss;

2. ORDERS plaintiff, no later than April 17, 2013, to file and serve papers either: (a) to oppose the motion to dismiss; or (b) to dismiss this action; and

3. ORDERS defendant, no later than April 24, 2013, to file and serve optional reply papers, as necessary.

IT IS SO ORDERED.

Dated:  **March 27, 2013**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE