STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN (State Bar No. 181570)
BRIAN C. FRONTINO (State Bar No. 222032)
ARJUN P. RAO (State Bar No. 265347)
2029 Century Park East, Suite 1600
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendant
  CHASE BANK USA, N.A., erroneously sued
  as JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BILETNIKOFF, an individual<br><br>  Plaintiff,<br><br>  vs.<br><br>JPMORGAN CHASE BANK, N.A., and DOES 1 through 50, inclusive,<br><br>  Defendant. | Case No. 1:13-cv-00208-LJO-SKO<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND WITHDRAWING WITHOUT PREJUDICE MOTION OF DEFENDANT CHASE BANK USA, N.A. TO DISMISS THE COMPLAINT**<br><br>**[EASTERN DISTRICT LOCAL RULE 143]**<br><br>Action Removed:  February 8, 2013 |

---

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND WITHDRAWING WITHOUT PREJUDICE MOTION OF DEFENDANT CHASE BANK USA, N.A. TO DISMISS THE COMPLAINT

LA 51644012

WHEREAS, on March 1, 2013, Chase, filed a Motion to Dismiss Plaintiff's Complaint or, in the Alternative, to Strike Allegations in the Complaint (the "Motion");

WHEREAS, on April 17, 2013 plaintiff Cynthia Biletnikoff ("Plaintiff") filed her Opposition to the Motion;

WHEREAS, Plaintiff and Chase, through their respective counsel of record, have discussed the Motion and, in an effort to conserve judicial resources, agreed that Plaintiff will file a First Amended Complaint;

WHEREAS, upon Plaintiff's filing a First Amended Complaint, the Motion will become moot; and

WHEREAS, Chase expressly does not concede that Plaintiff's First Amended Complaint, which Chase has not seen, resolves the issues raised in the Motion and, accordingly, Chase expressly reserves its right to challenge the First Amended Complaint.

- 1 -
STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND WITHDRAWING WITHOUT PREJUDICE MOTION OF DEFENDANT CHASE BANK USA, N.A. TO DISMISS THE COMPLAINT

LA 51644012

IT IS HEREBY STIPULATED by and between Plaintiff and Chase, through their respective counsel of record, that Plaintiff will file a First Amended Complaint on or before May 3, 2013, and Chase's responsive pleading thereto will be filed on or before May 23, 2013.

Dated: April 24, 2013

STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN
BRIAN C. FRONTINO
ARJUN P. RAO


By: _____*/s/ Arjun P. Rao*_____
         Arjun P. Rao
Attorneys for Defendant
   CHASE BANK USA, N.A., erroneously sued as JPMORGAN CHASE BANK, N.A.

Dated: April 24, 2013

RONALD WILCOX, ATTORNEY AT LAW
And ANDRE VERDUN, CROWLEY LAW GROUP


By: _____*/s/ Ronald Wilcox*_____
         *(as approved on April 24, 2013)*
         Ronald Wilcox
Attorneys for Plaintiff
   CYNTHIA BILETNIKOFF

## **ORDER**

Pursuant to the parties' stipulation, the Motion of defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, N.A. to Dismiss Plaintiff's Complaint or, in the Alternative, to Strike Allegations in the Complaint is withdrawn without prejudice. As such, this Court

1. ORDERS plaintiff, no later than May 3, 2013, to file and serve her First Amended Complaint; and

2. ORDERS defendant, no later than May 23, 2013, to file a response thereto.

IT IS SO ORDERED.

Dated: **April 24, 2013**             **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE