STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN (State Bar No. 181570)
BRIAN C. FRONTINO (State Bar No. 222032)
ARJUN P. RAO (State Bar No. 265347)
2029 Century Park East, Suite 1600
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendant
  CHASE BANK USA, N.A., erroneously sued
  as JPMORGAN CHASE BANK, N.A.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA BILETNIKOFF, an individual<br><br>           Plaintiff,<br><br>     vs.<br><br>JPMORGAN CHASE BANK, N.A., and DOES 1 through 50, inclusive,<br><br>           Defendant. | Case No. 1:13-cv-00208-LJO-SKO<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION OF DEFENDANT TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**[EASTERN DISTRICT LOCAL RULE 230]**<br><br>Action Removed:  February 8, 2013 |

*This Court has added language to and modified the proposed order.  This Court VACATES the July 1, 2013 hearing and sets no further hearing.*

---

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION OF DEFENDANT TO DISMISS FIRST AMENDED COMPLAINT

LA 51656367

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1  WHEREAS, on May 23, 2013, defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, N.A. ("Chase"), filed a Motion to Dismiss Plaintiff's First Amended Complaint or, in the Alternative, to Strike Allegations in the Complaint ("Motion") [Dkt. No. 19];

WHEREAS, the Motion currently is set for hearing on July 1, 2013;

WHEREAS, counsel for plaintiff Cynthia Biletnikoff ("Plaintiff") has requested a brief two-week continuance of the hearing date as counsel is dealing with family health issues that require immediate attention;

WHEREAS, as Plaintiff's requested continuance would have required Chase to review Plaintiff's Opposition and draft a Reply thereto over the July 4th holiday week, Chase requested the modified briefing schedule set forth below; and

WHEREAS, Plaintiff and Chase, through their respective counsel of record, have agreed to continue the hearing on the Motion to June 29, 2013, as well as a modified briefing schedule as set forth below.

- 1 -
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION OF DEFENDANT TO DISMISS FIRST AMENDED COMPLAINT
LA 51656367

IT IS HEREBY STIPULATED by and between Plaintiff and Chase, through their respective counsel of record, that the hearing on the Motion shall be continued to July 29, 2013, that Plaintiff's Opposition to the Motion shall be due on or before July 8, 2013, and that Chase's Reply thereto, if any, shall be due on or before July 22, 2013.

Dated:  June 12, 2013

STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN
BRIAN C. FRONTINO
ARJUN P. RAO


By: _____*/s/ Arjun P. Rao*_____
               Arjun P. Rao

Attorneys for Defendant
   CHASE BANK USA, N.A., erroneously sued
   as JPMORGAN CHASE BANK, N.A.

Dated:  June 12, 2013

RONALD WILCOX, ATTORNEY AT LAW
And CROWLEY LAW GROUP


By: _____*/s/ Ronald Wilcox*_____
       *(as approved on June 12, 2013)*
               Ronald Wilcox

Attorneys for Plaintiff
   CYNTHIA BILETNIKOFF

# ORDER

Having considered the parties' stipulation, this Court VACATES the July 1, 2013 hearing on defendant's Motion to Dismiss Plaintiff's First Amended Complaint or, in the Alternative, to Strike Allegations in the Complaint ("Motion") and will consider the Motion on the record without a hearing. This Court ORDERS:

1. Plaintiff, no later than July 8, 2013, to file and serve any opposition to the Motion; and

2. Defendant, no later than July 17, 2013, to file and serve any optional reply in support of the Motion.

Defendant fails to substantiate the need for two weeks to prepare a reply.

IT IS SO ORDERED.

Dated: **June 13, 2013**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE