STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN (State Bar No. 181570)
BRIAN C. FRONTINO (State Bar No. 222032)
ARJUN P. RAO (State Bar No. 265347)
2029 Century Park East, Suite 1600
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendant
  CHASE BANK USA, N.A., erroneously sued
  as JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BILETNIKOFF, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JPMORGAN CHASE BANK, N.A., and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No. 1:13-cv-00208-LJO-SKO<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>**[EASTERN DISTRICT LOCAL RULE 143]**<br><br>Action Removed:  February 8, 2013 |

---

STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE
LA 51656369

WHEREAS, currently this matter is set for Scheduling Conference on June 27, 2013 at 10:00 AM [Dkt. No. 15];

WHEREAS, counsel for plaintiff Cynthia Biletnikoff ("Plaintiff") has requested a brief two-week continuance of the Scheduling Conference as counsel is dealing with family health issues that require immediate attention;

WHEREAS, as Plaintiff's requested continuance on the hearing of defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, N.A.'s ("Chase") Motion to Dismiss the First Amended Complaint would have required Chase to review Plaintiff's Opposition and draft a Reply thereto over the July 4th holiday week, Chase requested the modified briefing schedule set forth below;

WHEREAS, concurrently herewith, Plaintiff and Chase, through their respective counsel of record, stipulated to continue the hearing on Chase's pending Motion to Dismiss Plaintiff's First Amended Complaint or, in the Alternative, to Strike Allegations in the Complaint until July 29, 2013; and

WHEREAS, Plaintiff and Chase have also agreed, through their respective counsel of record, to continue the Scheduling Conference from June 27, 2013 at 10:00 AM to August 8, 2013 at 10:00 AM.

IT IS HEREBY STIPULATED by and between Plaintiff and Chase, through their respective counsel of record, that the Scheduling Conference be continued from June 27, 2013 to August 8, 2013.

Dated: June 12, 2013     STROOCK & STROOCK & LAVAN LLP
                         STEPHEN J. NEWMAN
                         BRIAN C. FRONTINO
                         ARJUN P. RAO


                         By:      */s/ Arjun P. Rao*
                                      Arjun P. Rao

                         Attorneys for Defendant
                             CHASE BANK USA, N.A., erroneously sued
                             as JPMORGAN CHASE BANK, N.A.

Dated: June 12, 2013     RONALD WILCOX, ATTORNEY AT LAW
                         And CROWLEY LAW GROUP


                         By:      */s/ Ronald Wilcox*
                                  *(as approved on June 12, 2013)*
                                      Ronald Wilcox

                         Attorneys for Plaintiff
                             CYNTHIA BILETNIKOFF

- 2 -
STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE
LA 51656369

# **ORDER**

Having considered the parties' stipulation, the Court hereby CONTINUES the Scheduling Conference currently set for June 27, 2013, at 10:00 a.m. in Courtroom 7, to **August 7, 2013**, at 10:00 a.m. in Courtroom 7 due to the unavailability of the court on August 8, 2013. The parties shall file their Joint Scheduling Report no later than July 31, 2013.

IT IS SO ORDERED.

Dated: **June 13, 2013**     **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE
LA 51656369