UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BILETNIKOFF, | CASE NO. CV F 13-0208 LJO SKO |
| Plaintiff, | **ORDER ON STIPULATION** |
| vs. | (Doc. 25) |
| CHASE BANK USA, N.A., | |
| Defendant. | |

On July 17, 2013, defendant Chase Bank USA, N.A. ("Chase"), filed its F.R.Civ.P. 12(b)(6) motion to dismiss (doc. 29) plaintiff Cynthia Biletnikoff's ("Ms. Biletnikoff's") Second Amended Complaint ("SAC"), which Ms. Biletnikoff filed pursuant to stipulation after Chase filed its motion to dismiss Ms. Biletnikoff's first amended complaint. Based on the August 21, 2013 hearing set by Chase, Ms. Biletnikoffs's opposition papers were due no later than August 7, 2013, pursuant to Local Rule 230(c). Ms. Biletknikoff filed no timely opposition papers.

On August 8, 2013, after this Court had devoted efforts to rule on Chase's motion to dismiss, the parties filed their belated stipulation to seek to extend deadlines to file opposition and reply papers and to indicate that "the parties are working together to reach terms on a settlement agreement." The parties are unclear whether settlement has been reached.

Judges in the Eastern District of California carry the heaviest caseload in the nation, and this Court is unable to devote inordinate time and resources to individual cases and matters. U.S. District Judge Lawrence J. O'Neill must adhere to strict scheduling to best manage his

1

burdensome caseload approaching 2,000 cases. This Court is unable to entertain belated attempts to address law and motions matters at the expense of its schedule and other cases.

As such and on the basis of good cause, this Court:

1. VACATES the August 21, 2013 hearing on Chase's motion to dismiss and takes the motion under submission in that the Court is prepared to rule on Chase's motion to dismiss;
2. DEEMS Chase's motion to dismiss as unopposed in the absence of timely opposition papers; and
3. INTENDS, no sooner than August 27, 2013, to issue its ruling on Chase's motion to dismiss, unless the parties in advance of that date file a notice of settlement, pursuant to Local Rule 160, or papers either to: (a) dismiss this action in its entirety; or (b) show good cause why this action should not be dismissed.

IT IS SO ORDERED.

Dated: **August 9, 2013**      /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

2