UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BILETNIKOFF,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Defendant. | CASE NO. CV F 13-0208 LJO SKO<br><br>**ORDER AFTER SETTLEMENT**<br>**(Doc. 33.)** |

　　Plaintiff's counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than September 16, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

　　This Court VACATES all pending matters and dates, including the September 27, 2013 scheduling conference, which is subject to immediate resetting if settlement is not completed timely. This Court DEEMS as withdrawn defendant's motion to dismiss (doc. 29) and will take no further action on it.

　　Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of

1

Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:  **August 27, 2013**     /s/
**Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE