UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BILETNIKOFF,<br><br>  Plaintiff,<br><br>  vs.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>  Defendant. | CASE NO. CV F 13-0208 LJO SKO<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>**(Doc. 35.)** |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending dates and matters; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

Dated:   **September 16, 2013**

**/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE

1